# UNITED STATES DISTRICT COURT

**FILED**

for the

**MAR 1 3 2026**

Eastern District of North Carolina

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ MM ___ DEP CLK

Civil Division

|  |  |
|---|---|
| | ) |
| | ) Case No. 5:26-CV-00161-Bo |
| | ) _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| Christian Taylor | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☐ Yes ☒ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| United States Postal Service | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christian Taylor |
| Street Address | 7924 Devils Racetrack Rd. |
| City and County | Four Oaks Johnston County |
| State and Zip Code | North Carolina 27524 |
| Telephone Number | 919-909-0339 |
| E-mail Address | christian.taylor23@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Pamela Bondi |
| Job or Title *(if known)* | Attorney General of the United States |
| Street Address | 950 Pennsylvania Ave., NW - Department of Justice |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC 20530-001 |
| Telephone Number | 202-514-2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Keith E. Weidner |
| Job or Title *(if known)* | General Counsel for USPS |
| Street Address | 475 L'Enfant Plaza SW |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC 20260-1100 |
| Telephone Number | 800-275-8777 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | W.Ellis Boyle |
| Job or Title *(if known)* | U.S. Attorney for Eastern District of NC |
| Street Address | 150 Fayetteville St., Suite 2100 |
| City and County | Raleigh, Wake County |
| State and Zip Code | North Carolina 27601 |
| Telephone Number | 919-856-4530 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

National Agreement between USPS and NRLCA, also known as Handbook EL-902, Title VII of the Civil Rights Act of 1964, Civil Rights Act of 1991. NO FEAR ACT of 2002

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

75,000.01 because previous Grievance settlement states "Management is commited to having a work environment that is free of harassment, bullying, and intimidation as such if there are future occurences they agree to a progressive monetary penalty starting at $100.00 and doubling if it is violated progressively."

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Postmaster of Four Oaks did create a hostile work environment on March 4th, 2026 by unilaterally changing an established office procedure (Rule) that existed for 26+ years but changed the Rule only for white male carriers Christian Taylor and Irving Priest. The Postmaster has changed the rule three (3) times in the last seven (7) work days and has used bullying and intimidation to enforce the Rule and deny the carriers Weingarten Rights.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff asks the Court to Order USPS to revert back to the Original Office Procedure of 26+ years.
The Plaintiff asks the Court to Order USPS to prevent the Postmaster of Four Oaks from using Intimidation, Bullying and Arbitrary and Capricious Unilateral Actions to create a Hostile Work Environment.
The Plaintiff asks the Court to award damages according to the Settled Grievance with each instance doubling the amount plus punitive for $75,000.01

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/13/2026

Signature of Plaintiff

Printed Name of Plaintiff        Christian Taylor

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address